UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL AGOSTO-AGOSTO,
    Plaintiff(s)

v.                                                    Civ. No. 98-1216 (PG)

K-MART 7446,
    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #13- Joint Motion For Voluntary Dismissal Of Claims With Prejudice. | Approved |

Date: December 14, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge