ENTERED ON DOCKET
12/16/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

Secretary of Labor and Human          *
Resources of Puerto Rico, in          *
representation and on behalf          *
of:                                   *
                                      *
RAFAEL AGOSTO AGOSTO,                 *     Civ. No. 98-1216(PG)
                                      *
    Plaintiff,                        *
                                      *
    v.                                *
                                      *
K-MART 7446                           *
                                      *
    Defendant.                        *
                                      *
-------------------------------------*

## JUDGMENT OF DISMISSAL WITH PREJUDICE

The parties, through their respective counsel, have conferred and stipulated to dismiss the instant action with prejudice pursuant to an Agreement and General Release which has been privately executed by the parties, and which the parties assert that contains a confidentiality clause.

**WHEREFORE**, it is **ORDERED** and **ADJUDGED** that this action be dismissed with prejudice, each party to bear their own costs and attorney's fees.

**DONE AND ORDERED** this 15th day of December, 1999.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)